AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

<div style="color:red">FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON</div>

<div style="color:red">**Sep 04, 2025**</div>

<div style="color:red">SEAN F. McAVOY, CLERK</div>

| | |
|---|---|
| KRISTIE B. ON BEHALF OF SCOTTIE J. B. (DECEASED) | ) |
| *Plaintiff* | ) |
| v. | ) |
| FRANK BISIGNANO, Commissioner of Social Security | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   1:25-cv-03022-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Opening Brief (ECF No. 10) is GRANTED in part.
Pursuant to sentence four of 42 U.S.C. § 405(g), this action is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the Order filed at ECF No. 20.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge     Thomas O. Rice

Date:  9/4/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams