AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 05, 2026**

SEAN F. McAVOY, CLERK

KRISTIE B. ON BEHALF OF SCOTTIE J. B. (DECEASED),

*Plaintiff*

v.

FRANK BISIGNANO, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 1:25-CV-3022-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 22) is GRANTED. The Commissioner is directed to pay EAJA fees in the amount of $5,540.48 for attorney's fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date: 1/5/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*